

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| TINA MARIE PALAGI,<br><br>             Petitioner,<br><br>vs.<br><br>WARDEN JO ACTON; ATTORNEY GENERAL OF THE SATE OF MONTANA,<br><br>             Respondents. | No. CV 10-21-GF-SEH<br><br>**ORDER** |

On April 16, 2010, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 4.

-1-

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition for Writ of Habeas Corpus[2] is DENIED ON THE MERITS.

2. The Clerk of Court is directed to enter a judgment in favor of Respondents and against Petitioner.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as there has been no showing of deprivation of a constitutional right.

DATED this 14th day of May, 2010.

*[signature]*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.